23 CV 6026-
EAW

UNITED STATES DISTRICT COURT
FILED
JAN 11 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

United States District Court
Western District of New York
Civil Div.

| | |
|---|---|
| Charles R Grefer | Complaint For A |
| VS. | Civil Case 23CV6026 |
| Cayuga County, Cayuga County | Case No           EAW |
| Executive Lloyd E. Hoskins | Jury Trial: _____ |

I  A Plaintiff: Charles R. Grefer, 7445 County House Rd., Auburn, NY, 13021

B Defendant: Cayuga County, Cayuga County Executive Lloyd E. Hoskins
152 Genesee St., Auburn, NY, 13021

II  Basis for Jurisdiction is a federal question

A. U.S. Constitutional Ammendments 4, 5, 6, 14, unlawful search

III  Statement of Claim:

A. Between 12/15/21 and 12/23/21 The Cayuga County Sherriff, herein Sherriff, ordered Cayuga County Detective Cornelius, herein, Cornelius, to perform an illegal pre-employment background check and later, Cornelius falsely charged plaintiff, herein Grefer, with filing a a false instrument with intent to defraud in Auburn, NY, within Cayuga County. Cornelius falsified his verification on the resulting felony complaint upon which the cayuga county Chief ADA Valding, herein Valding of Cayuga County, Knowing of falsified felony complaint continued to prosecute Grefer without jurisdiction, without evidence obtained through the illegal pre-employment background check/electronic search and later, made false statements to Judge Leone, Cayuga County Court Judge, deceiving the court regarding jurisdiction and evidence, while violating
OVER

Grefer's right to speedy trial. Valdina, on 12/16/22 gave improper grand jury instructions and presented unlawful and false evidence while improperly restricting Grefer's testimony. From September 20th through the filing of this complaint cayuga county appointed counsel, Norman Chirco, herein Chirco, failed to provide effective assistance of counsel by refusing to file motions, failing to act on known unlawful conduct of Valdina, Cornelius and Sheriff, and refusing Grefers calls, emails, or responding to letters, and Judge Leone gave excessive bail of $5,000 cash when NYS cashless bail law mandates cashless bail for Grefer's charge.

**IV Relief Sought:**

A) Injunctive Relief: Grefer seeks an order to discontinue unlawful prosecution of Grefer, an order to release Grefer from incarceration at the Cayuga County Jail, and a stay from eviction proceedings from his residence at 470 Meigs St., #3, rear Apt, Rochester, NY 14607

B) Damages: Grefer seeks 10 million dollars for physical, psychological trauma from prosecution and unlawful incarceration, estrangement from friends and family, loss of employment, credit rating damage, lost income, defamation, slander, liable, along with 10 million dollars punitive damages

C) Declaratory Relief: Grefer seeks an order preventing further, future, or reprosecution.

**V** Under FRCP 11, by signing below I certify to the best of my knowledge that this complaint 1) is not being presented for an improper purpose 2) is supported by existing law 3) the factual contentions have evidentiary support 4) the complaint otherwise complies with FRCP rule 11. A) I agree to provide the clerk office with address changes or my case may be dismissed. Date: 1/5/2023

Charles R. Grefer; CCJ, 7445 County House Rd., Auburn, NY 13021